UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | | |
|---|---|---|
| DAREN W. HEBOLD, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | 2:25-cv-00474-LEW |
| | ) | |
| UNITED STATES OF AMERICA et al., | ) | |
| | ) | |
| Defendants | ) | |

**ORDER AFFIRMING RECOMMENDED DISMISSAL**

On October 21, 2025, the United States Magistrate Judge filed with the court, with a copy to the Plaintiff, her Recommended Decision (ECF No. 7) on Plaintiff's pro se Complaint (ECF No. 1), asserting that the Internal Revenue Service (IRS) is not a valid governmental agency and demands that it prove that he is a person who is legally obligated to pay taxes. The Plaintiff filed an objection which he entitles as a Motion to Strike to the Recommendation (ECF No. 8) on October 22, 2025. I have reviewed and considered the Recommended Decision, together with the entire record; I have made a *de novo* determination of all matters adjudicated by the Recommendation; and I concur with the recommendation of the United States Magistrate Judge for the reasons set forth in the Recommendation, and determine that no further proceeding is necessary.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED** (ECF NO. 7). The Motion to Strike is DENIED (ECF No. 8).

**SO ORDERED.**

Dated this 12th day of November, 2025.

                                                /s/ Lance E. Walker
                                           CHIEF U.S. DISTRICT JUDGE